IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Parallel Networks, LLC,**<br>        Plaintiff,<br>v.<br>**KOG Games, Inc.,**<br>        Defendant. | Civil Action No. 13-178-RGA |
| **Parallel Networks, LLC,**<br>        Plaintiff,<br>v.<br>**Nexon America, Inc.,**<br>        Defendant. | Civil Action No. 13-179-RGA |
| **Parallel Networks, LLC,**<br>        Plaintiff,<br>v.<br>**OnNet USA, Inc.,**<br>        Defendant. | Civil Action No. 13-180-RGA |
| **Parallel Networks, LLC,**<br>        Plaintiff,<br>v.<br>**Riot Games, Inc.,**<br>        Defendant. | Civil Action No. 13-183-RGA |
| **Parallel Networks, LLC,**<br>        Plaintiff,<br>v.<br>**Turbine, Inc.,**<br>        Defendant. | Civil Action No. 13-184-RGA |

| | |
|---|---|
| **Parallel Networks, LLC,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**Spotify USA, Inc.,**<br><br>　　　　　　Defendant. | Civil Action No. 13-808-RGA |
| **Parallel Networks, LLC,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**Blizzard Entertainment, Inc.,**<br><br>　　　　　　Defendant. | Civil Action No. 13-826-RGA |
| **Parallel Networks, LLC,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**Reloaded Games, Inc.,**<br><br>　　　　　　Defendant. | Civil Action No. 13-827-RGA |
| **Parallel Networks, LLC,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**SG Interactive, Inc.,**<br><br>　　　　　　Defendant. | Civil Action No. 13-828-RGA |
| **Parallel Networks, LLC,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**Kontiki, Inc.,**<br><br>　　　　　　Defendant. | Civil Action No. 13-914-RGA |

| | |
|---|---|
| **Parallel Networks, LLC,** Plaintiff, v. **Ignite Technologies, Inc.,** Defendant. | Civil Action No. 13-1083-RGA |
| **Parallel Networks, LLC,** Plaintiff, v. **NC Interactive LLC,** Defendant. | Civil Action No. 13-1205-RGA |

ORDER

Having reviewed the relevant papers, for the reasons stated in open court, IT IS ORDERED:

The following motions to stay pending the outcome of the *inter partes* review of U.S. Patent Nos. 7,188,145 and 7,730,262 are **GRANTED**:

 C.A. No. 13-178 D.I. 28

 C.A. No. 13-179 D.I. 21

 C.A. No. 13-180 D.I. 16

 C.A. No. 13-183 D.I. 21

 C.A. No. 13-184 D.I. 21

 C.A. No. 13-808 D.I. 18

 C.A. No. 13-826 D.I. 20

 C.A. No. 13-827 D.I. 12

 C.A. No. 13-828 D.I. 21

 C.A. No. 13-914 D.I. 18

    C.A. No. 13-1205 D.I. 23

The following motions to dismiss the allegations of indirect infringement are **DENIED**:

    C.A. No. 13-826 D.I. 15

    C.A. No. 13-1083 D.I. 13

    C.A. No. 13-1205 D.I. 11

The following motion to stay pending the outcome of the *inter partes* review of U.S. Patent Nos. 7,188,145 and 7,730,262 is **DENIED**:

    C.A. No. 13-1083 D.I. 20

The following motion to dismiss the allegations of indirect infringement is **DISMISSED AS MOOT**:

    C.A. No. 13-828 D.I. 21


Entered this 5th day of February, 2014.


_____
United States District Judge